IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LUCRETIA GALLOW,

        Plaintiff,        1: 07 CV 0173 LJO WMW PC

  vs.                       ORDER

SERGEANT SMITH, et al.,

        Defendants.

     On July 15, 2008, the operative complaint was dismissed, granting Plaintiff leave to file an amended complaint. Plaintiff failed to file an amended complaint. On October 8, 2008, findings and recommendations were entered, recommending dismissal of this action for failure to prosecute. On October 17, 2008, Plaintiff filed objections to the findings and recommendations.

     Good cause appearing, IT IS HEREBY ORDERED that:

     1. The October 8, 2008, recommendation of dismissal is vacated.

     2. Plaintiff is granted an extension of time of thirty days from the date of service of this order in which to file an amended complaint in compliance with the order of July 15, 2008.

IT IS SO ORDERED.

**Dated:**   **November 18, 2008**        /s/  William M. Wunderlich
                                               UNITED STATES MAGISTRATE JUDGE