IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LUCRETIA GALLOW,

        Plaintiff,               1: 07 CV 0173 LJO WMW PC

        vs.                           ORDER

SGT. SMITH, et al.,

        Defendants.

On October 8, 2008, findings and recommendations were entered, recommending that this action be dismissed for Plaintiff's failure to prosecute. Plaintiff filed objections, and on November 18, 2008, the recommendation of dismissal was vacated. Plaintiff was granted thirty days in which to file an amended complaint in compliance with an earlier order dismissing the complaint with leave to amend. Plaintiff failed to do so, and on January 13, 2009, findings and recommendations were entered, recommending dismissal for failure to prosecute.

On March 3, 2009, Plaintiff filed objections. In her objections, she indicates that she is having difficulty mailing documents out of the prison. She indicates that she will be released soon, and seeks an extension of time. The court will grant Plaintiff an extension of time to file an amended complaint in compliance with the July 15, 2008, order dismissing the original complaint with leave to amend. Plaintiff is specifically cautioned that her failure to do so will result in dismissal of this action for her failure to prosecute.

Accordingly, IT IS HEREBY ORDERED that Plaintiff is granted an extension of time of thirty days from the date of service of this order in which to file an amended complaint.

IT IS SO ORDERED.

**Dated:** **April 7, 2009**        /s/ William M. Wunderlich
                                    UNITED STATES MAGISTRATE JUDGE